■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY ATKINSON, Appellant.—Appeal by defendant from a judgment of the County Court, Suffolk County (Copertino, J.), rendered September 26, 1983, convicting him of sodomy in the first degree, upon a jury verdict, and imposing sentence.

Judgment affirmed.

The trial court properly refused defendant's request to

charge the jury on the earnest resistance definition of forcible compulsion (Penal Law § 130.00 [8]). The act of sodomy for which defendant was convicted did not occur prior to the July 1982 amendment of the statute defining forcible compulsion *(see, People v Argibay,* 45 NY2d 45, *cert denied sub nom. Hahn-DiGuiseppe v New York,* 439 US 930). The totality of the circumstances of this case reveals that defendant did receive meaningful representation and was not deprived of the effective assistance of counsel *(see, People v Baldi,* 54 NY2d 137).

We have considered defendant's remaining contentions and find them to be without merit. Lazer, J. P., Bracken, Niehoff and Kooper, JJ., concur.